UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOUG ARTHUR WOLSHLAGER,

          Plaintiff,                      Case No. 1:21-cv-812

v.                                        Hon. Janet T. Neff

ART COTTER, et al,

          Defendants.

_____/

**ORDER STAYING CASE**

The Clerk's Office has not issued any summonses in this lawsuit. The case is

**STAYED** pending further order of the Court.

**IT IS SO ORDERED.**

Dated:  October 28, 2021             /s/ Ray Kent_____
                                       RAY KENT
                                       United States Magistrate Judge